

**BARKET** EPSTEIN

BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICE
EMPIRE STATE BUILDING
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS



RECEIVED
SEP 1 C 2021
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

September 9, 2021

*Via ECF*
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/21

      Re:    <u>**United States of America v. Volvy Smilowitz, AKA Zev Smilowitz**</u>
              7:16-cr-00818-VB-3

Dear Judge Briccetti:

    This firm represents Volvy Smilowitz. We are writing to respectfully request the release of Mr. Smilowitz's passport as he has completed his sentence.

    Thank you for your time and consideration.

                          Sincerely,

                          Donna Aldea, Esq.

cc: Pretrial Services
    *Via Electronic Mail (jessica_killian@nyspt.uscourts.gov)*

    AUSA Benjamin Rial Allee
    DOJ-USAO
    Yankwitt LLP
    140 Grand Street, Suite 705
    White Plains, NY 10601
    *Via ECF*

    AUSA Kathryn Moore Martin
    U.S. Attorney's Office, SDNY (White Plains)
    300 Quarropas Street, 3rd Floor
    White Plains, NY 10601
    *Via ECF*

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 9/14/2021
      White Plains, NY