# BARKETEPSTEIN

BARKET EPSTEIN KEARON ALDEA & LoTurco, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 7, 2021

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/8/2021
White Plains, NY

*VIA ECF*
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     **United States of America v. Volvy Smilowitz, AKA Zev Smilowitz**
        7:16-cr-00818-VB-3

Dear Judge Briccetti:

I submit this letter-motion on behalf of my client, Volvy Smilowitz, to respectfully request authorization to travel out of the country from October 14 to 24, 2021. I have spoken to his Probation Officer, Theresa Maisano, who does not object to this request.

In January 2019, the Court sentenced Mr. Smilowitz to three months' incarceration, one year of supervised release, and a $2,500 fine in connection with his plea to Conspiracy to Commit the Electoral Process in violation of 18 U.S.C. §371. Mr. Smilowitz has completed the custodial portion of his sentence, has satisfied the fine, and is a low-risk probationer.

During the entire pendency of this case, Mr. Smilowitz has complied with all bail conditions and appeared for all court proceedings. In September 2019, while Mr. Smilowitz was on bail pending his appeal, this Court granted him permission to travel abroad for religious observances. (ECF #144.) At the time, the Court did not perceive Mr. Smilowitz to be a flight risk, and there have been no changed circumstances in the interim warranting the Court to revisit that finding.

Mr. Smilowitz now requests permission to travel abroad on October 14, 2021, to attend a family wedding in Israel, with additional stopovers in Italy and France, before returning to the United States on October 24, 2021. Pursuant to the Court's prior order in connection with Mr. Smilowitz's 2019 trip abroad (ECF #144), we will provide Probation with his complete itinerary prior to his departure in the event the Court grants this request.

Thank you for your time and consideration.

Sincerely,

Donna Aldea

cc: Probation (Theresa_Maisano@nysp.uscourts.gov)
*Via Electronic Mail*