# BARKET EPSTEIN

BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

5/11/2022

> APPLICATION GRANTED
> Defendant is authorized to travel to Israel from 6/1/2022 through 6/12/2022. By no later than 5/25/2022, defendant shall provide his probation officer with his complete itinerary. Defense counsel shall promptly provide a copy of this Order to the probation officer.
> SO ORDERED:
> _[signature]_
> Vincent L. Briccetti, U.S.D.J. 5/11/2022

*VIA ECF*
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: **United States of America v. Volvy Smilowitz, AKA Zev Smilowitz**
7:16-cr-00818-VB-3

Dear Judge Briccetti:

I submit this letter-motion on behalf of my client, Volvy Smilowitz, to respectfully request authorization to travel to Israel for religious observance from June 1 through June 12, 2022. I have spoken to his Probation Officer, Christina Alexander-Nezbeth, who does not object to this request.

In January 2019, the Court sentenced Mr. Smilowitz to three months' incarceration, one year of supervised release, and a $2,500 fine in connection with his plea to Conspiracy to Commit the Electoral Process in violation of 18 U.S.C. §371. Mr. Smilowitz has completed the custodial portion of his sentence, has satisfied the fine, and is a low-risk probationer.

During the entire pendency of this case, Mr. Smilowitz has complied with all bail conditions and appeared for all court proceedings. This Court has granted similar requests to travel internationally twice before: in September 2019, while Mr. Smilowitz was on bail pending appeal (ECF #144), and in October 2021 (ECF #155). On both occasions, Mr. Smilowitz was fully compliant and completed his travel without incident.

Thank you for your time and consideration.

Sincerely,

_[signature]_
Donna Aldea

cc: Probation (Christina_Alexander@nysp.uscourts.gov)
 *Via Electronic Mail*